UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UFP EASTERN DIVISION, INC.,

        Plaintiff,

v.                               Case No.  3:19-cv-1113-MMH-MCR

OLD DOMINION INSURANCE
COMPANY and GEORGETOWN
HOMEOWNERS ASSOCIATION,
INC.,

        Defendants.

**ORDER**

**THIS CAUSE** is before the Court sua sponte.  On January 28, 2021, Defendant Georgetown Homeowners Association, Inc. filed Defendant Georgetown Homeowners Association, Inc.'s Motion to Withdraw Answer and Dismiss from Action (Doc. 49; Motion).  Upon review, the Court finds that the Motion does not comply with Local Rule 3.01(a), United States District Court, Middle District of Florida (Local Rules(s)). Local Rule 3.01(a) provides:

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages.

See Local Rule 3.01(a) (emphasis added).  Here, in the one-and-a-half-page

Motion, Georgetown Homeowners Association includes no legal authority in support of its argument.  As such, the Motion fails to satisfy the legal memorandum requirement set forth in Local Rule 3.01(a).  Further, it appears that Georgetown Homeowners Association has also failed to provide certification under Local Rule 3.01(g), confirming that it has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested.  In light of the foregoing, the Court will strike the Motion for failure to comply with the Local Rules of this Court.  Accordingly, it is

**ORDERED:**

Defendant Georgetown Homeowners Association, Inc.'s Motion to Withdraw Answer and Dismiss from Action (Doc. 49) is **STRICKEN** for failure to comply with the Local Rules of this Court.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of January, 2021.

MARCIA MORALES HOWARD
United States District Judge

lc28
Copies to:

Counsel of Record